# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:21-cr-584 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| COREY SULLIVAN, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Thomas M. Parker's Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Corey Sullivan and enter a finding of guilty against defendant. (Doc. No. 406.)

On August 11, 2021, the government filed an Indictment against defendant. (Doc. No. 1.) On March 22, 2023, this Court issued an order assigning this case to Magistrate Judge Parker for the purpose of receiving defendant's guilty plea. (Doc. No. 397.)

On March 30, 2023, a hearing was held in which defendant entered a plea of guilty, as follows:

- Count 1, charging him with Racketeering Conspiracy, in violation of 18 U.S.C. Section 1962(d).

Magistrate Judge Parker received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 406.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of count 1 of the indictment. The sentencing will be held on July 20, 2023, at 10:00 a.m., in Courtroom 530.

**IT IS SO ORDERED**.

Dated: May 1, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**